# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

160035 & (48)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HAROLD HOGAN,
         Plaintiff,
and

VHS OF MICHIGAN, INC., doing business as
DETROIT MEDICAL CENTER,
         Intervening Plaintiff-Appellee,

v

KORA MOMINEE-BURKE
         Defendant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
         Defendant-Appellant.
_____/

SC: 160035
COA: 343654
Wayne CC: 16-010956-NI

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion to hold the case in abeyance is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019



Clerk